UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY BALZER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERVICEAIDE, INC.,<br><br>　　　　　Defendant. | Case No.  5:25-cv-04440 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable P. Casey Pitts for consideration of whether the case is related to 5:25-cv-04251 PCP, *Pearl Wolf v. Serviceaid, Inc.*

**IT IS SO ORDERED.**

Dated: May 28, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 25-cv-04440 NC
SUA SPONTE JUDICIAL REFERRAL