UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HOOVER, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>SERVICEAIDE, INC.,<br>　　　　Defendant. | Case No. 25-cv-04260-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| LEE HOLDSWORTH, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>SERVICEAIDE, INC.,<br>　　　　Defendant. | Case No. 25-cv-04265-SVK |
| KYLIE THOMPSON, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>SERVICEAIDE, INC.,<br>　　　　Defendant. | Case No. 25-cv-04272-SVK |
| ROY YAX, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>SERVICEAIDE, INC.,<br>　　　　Defendant. | Case No. 25-cv-04280-SVK |

Pursuant to Civil Local Rule 3-12(c), the above-entitled cases are hereby **REFERRED** to the Honorable P. Casey Pitts for consideration of whether the cases are related to *Wolf v. Serviceaide, Inc.*, 25-cv-4251-PCP.

**SO ORDERED.**

Dated: May 29, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge