United States District Court
Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    DAWN PENDRAK, et al.,                      Case No. 25-cv-04295-EKL

8                 Plaintiffs,

                                                **REFERRAL FOR PURPOSE OF**
9           v.                                  **DETERMINING RELATIONSHIP**

10   SERVICEAIDE, INC.,

11                Defendant.

12

13          Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

14   Honorable P. Casey Pitts for consideration of whether the case is related to *Wolf v. Serviceaide,*

15   *Inc.*, 25-cv-4251-PCP.

16          **IT IS SO ORDERED.**

17   Dated:  May 29, 2025

18                                              _____

19                                              EUMI K. LEE
                                                United States District Judge
20

21

22

23

24

25

26

27

28