UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHLOE WRIGHT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERVICEAIDE, INC.,<br><br>　　　　　Defendant. | Case No. 25-cv-04256-VKD<br><br>**ORDER REFERRING CASES FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| PATRICIA BARCLAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SERVICEAIDE, INC.,<br><br>　　　　　Defendant. | Case No. 25-cv-04278-VKD |

Pursuant to Civil Local Rules 3-12(c), the above-captioned matters are referred to the Honorable P. Casey Pitts for consideration of whether the cases are related to Case No. 5:25-cv-04251-PCP *Wolf v. Serviceaide, Inc*.

**IT IS SO ORDERED.**

Dated: June 2, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　*Virginia K. DeMarchi*
　　　　　　　　　　　　　　　　　　　　　　　　Virginia K. DeMarchi
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge