1

2

3

4              UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6                  SAN JOSE DIVISION

7

8

9    JASON GORDON,                    Case No.  5:25-cv-04974 NC

                 Plaintiff,
10                                     **SUA SPONTE JUDICIAL
                                       REFERRAL FOR PURPOSE OF**
11       v.                            **DETERMINING RELATIONSHIP**

12   SERVICEAIDE, INC.,

                 Defendant.
13

14

15       In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the

16   above captioned case is referred to the Honorable P. Casey Pitts for consideration of

17   whether the case is related to 5:25-cv-04251 PCP, *Pearl Wolf v. Serviceaid, Inc.*

18

19       **IT IS SO ORDERED.**

20   Dated: June 13, 2025          _____

21                                  NATHANAEL M. COUSINS
                                    United States Magistrate Judge
22

23

24

25

26

27

28

Case No. 25-cv-04974 NC
SUA SPONTE JUDICIAL REFERRAL