UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PEARL WOLF, et al.

    Plaintiff(s)

v.

SERVICEAIDE, INC.

    Defendant(s)

CASE No.  5:25-cv-04251-PCP
and all related matters

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
   Private Mediation with Bob Meyer of JAMS on January 13, ~~2025~~ 2026

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline:  January 13, ~~2025~~ 2026

Date:  9/23/2025

*Raina Borrelli*
Attorney for Plaintiff

Date:  9/22/2025

*Edgar F. Navarrete*
Attorney for Defendant

☐ IT IS SO ORDERED.
☒ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  September 25, 2025

U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019

Doc ID: 92a7cd7154766c0a86d9d2e9a388e7eb05278335